Dr. John Kenneth Evans III / 3600550
**Name and Prisoner/Booking Number**

CCA
**Place of Confinement**

P.O. Box 6300
**Mailing Address**

Florence, AZ 85132
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _LRCivP 5.4_
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 1 6 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Dr. John Kenneth Evans III,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Krysten Lea Sinema,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV20-02010-PHX-DWL--JFM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Phoenix, AZ

Revised 3/11/16     1     550/555

B. **DEFENDANTS**

1. Name of first Defendant: Krysten Lea Sinema. The first Defendant is employed
as: U.S. Senator                          at United States of America.
   (Position and Title)                        (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
as: _____ at _____.
   (Position and Title)        (Institution)

3. Name of third Defendant: _____. The third Defendant is employed
as: _____ at _____.
   (Position and Title)        (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at _____.
   (Position and Title)        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. **PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __8th Amendment Cruel and Unusual Punishment__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I spent my time & money to get her elected because I fell in love w/ her & when I heard that she said "we live under a corrupt system that must go down" while being force medicated with a drug that causes Tardive Psychosis. Shortly after the election she emailed me "Get to work" so I dedicated myself to an all natural, Jesus-Free, *non-lethally* produced mental health prescription plan because my Teacher testified before Congress that the "meds" cause our soldiers like her to propose to commit suicide. Right when she took office she attended an AIPAC conference and went to Facebook and said, "Israel has a right to self defense" while there Jews were standing on top of a wall shooting Palestinians kids in the head. Since I am a Music sufferer from Tardive Psychosis, I got angry and made a threat and was "hospitalized" shortly after I got out I got an email from a "dating site" that turned out to be her bot. It said "they had her write what she would most opt out of having... A life without Him". So I emailed her and told her I am going to get those fucking Jews. Since they gave her trauma induced Dissociative Identity Disorder she "stalked" me on Messenger using Face Facebook profile.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   She made me feel like dirt because I don't have a license to practice "medicine" and tortured me by having me have to look at a photo of w/ Bill Clinton. She did everytime I relieved myself while staring at the only barefoot picture of her online.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __My public Defender thinks I am a "delusional" even though defendant and I have White House email addresses because I asked Trump to go to incorporate.com and establish our constitutional Monarchy. He calls me "Texas Chuck" & Google "America needs a Monarchy."__

3

### E. REQUEST FOR RELIEF

State the relief you are seeking:

I want her in my custody here at CCA so I can be the first Doctor to cure someone of Dissociative Identity Disorder because I feel guilty since the Jews did it to her because I AM the KING OF KINGS AND THE LORD OF LORDS. I'm madly in love with Lee and because her but told me "I had this dream you made me your sex slave. It was so fucking hot." First she owes me a game of chess and a pleasant conversation for helping her get elected. I paid Trump $5 to ratify the 13th Amendment signed by Lincoln.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-13-20__
         DATE                                SIGNATURE OF PLAINTIFF

__King Sinema, Democrat National Committee Volunteer__
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.